**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWITT NUNERY, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS MOBILITY, INC., a Delaware Corporation, ACARA SOLUTIONS, INC., a New York Corporation, ALERON GROUP, INC., a New York Corporation, and Does 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00311-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR RULE 16(B)/26(F) MEETING AND ALL OTHER DEADLINES PENDING RESOLUTION OF MOTION TO REMAND**<br><br>Action Filed: December 23, 2019<br>FAC Filed: February 4, 2020<br>Removal: February 10, 2020<br>Trial Date: None |

**ORDER**

The Court, having read and considered the Parties' Joint Stipulation to Continue Deadline for Joint Rule 16(B)/26(F) Meeting and All Other Deadlines Pending Resolution of Motion to Remand finds that good cause exists to grant the requested relief.  Accordingly:

IT IS HEREBY ORDERED that the deadline for the Parties to meet and confer regarding Rule 16(B)/26(F) is continued until 15 days after resolution of Plaintiff's Motion to Remand.

IT IS FURTHER ORDERED that all associated deadlines, including the Parties' deadline to serve initial disclosures is also continued until 15 days after resolution of Plaintiff's Motion to Remand.

DATED: May 18, 2020

Troy L. Nunley
United States District Judge